IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No. 15-cv-01863-WYD

DANEA M. SALAZAR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF Doc. No. 15], and good cause appearing, it is hereby

ORDERED that Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF Doc. No. 15], filed December 18, 2015, is GRANTED. It is further

**ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and **REMANDED** to the Commissioner for further administrative proceedings.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58. *See Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: December 21, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE